82583-5/60704618

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FELICIA PRINCE,                                                    CASE NO.

      Plaintiff,
vs.

MELWOOD NURSING CENTER, LLC d/b/a
Life Care Center of Melbourne, a Foreign
Limited Liability Company,

      Defendant.
_____/

## NOTICE OF REMOVAL AND INCORPORATED MEMORANDUM OF LAW

Pursuant to 28 U.S.C. §§ 1441(a) and (c), 28 U.S.C. § 1446, and Local Rule 7.2(A) of the Local Rules of the United States District Court for the Middle District of Florida, Defendant, MELWOOD NURSING CENTER, LLC d/b/a Life Care Center of Melbourne, a Foreign Limited Liability Company (hereinafter "Defendant"), through its undersigned counsel, hereby requests this Court to remove this action from the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division.  The removal of this action is based upon the following:

      1.    On or about May 30, 2016, a civil action was filed in the Circuit Court of the Eighteenth Circuit in and for Brevard County, Florida, which was captioned "*Felicia Prince v. Melwood Nursing Center, LLC d/b/a Life Care Center of Melbourne, a Foreign Limited Liability Company*" (hereinafter the "Circuit Court Case").  The Circuit Court Case was assigned case number 2016-CA-028297.  Attached as Exhibit "A" hereto is a true and correct copy of the Complaint for Damages served upon Defendant on June 9,

2016. The Complaint in the Circuit Court Case seeks relief for alleged race discrimination and retaliation in violation of:

    a. Title VII, 42 U.S.C. §2000e (hereinafter "Title VII); and

    b. 42 U.S.C. §1981a. (hereinafter "Section 1981").

2. This action is within original federal question jurisdiction of the United States District Court, pursuant to 29 U.S.C. §1331, as Plaintiff's action contains claims for violations of Title VII and Section 1981.

3. The United States District Court for the Middle District of Florida, Orlando Division, includes the location in which Plaintiff was employed. Thus, removal is proper to this Court pursuant to 28 U.S.C. §1441.

4. The requirement of promptness is set forth in 28 U.S.C. § 1446(b), which states that a "notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleadings setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b).

5. This Petition for Removal is being filed within 30 days of the receipt by Defendant on June 9, 2016 of a copy of the Complaint in the Circuit Court case, on June 23, 2016. Thus, this notice of removal is timely filed pursuant to 28 U.S.C. §1446(b).

6. Copies of all processes, pleadings, orders and other papers or exhibits of every kind currently on file with the state court are attached to this Notice of Removal as Exhibit "B" as required by 28 U.S.C. §1446(a).

7.      Pursuant to 28 U.S.C. §1446(d), Defendant has provided written notice of the removal to all parties in this action and has filed a copy of this Notice of Removal and Incorporated Memorandum of Law in the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida.

WHEREFORE, Defendant respectfully prays that the United States District Court for the Middle District of Florida, Orlando Division, accept the removal of this action from the state court and direct that the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida, have no further jurisdiction of this matter unless and until this case is remanded.

Dated: June 23, 2016

>    Respectfully submitted,
>
>    **/s/ Deborah E. Frimmel**
>    Deborah E. Frimmel, Esquire
>    Florida Bar No. 93970
>    DFrimmel@wickersmith.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 23, 2016, a true and correct copy of the foregoing is being filed with the Clerk of Court via hand delivery, and is being served via e-mail to counsel of record on the Service List below.

**/s/ Deborah E. Frimmel**
Deborah E. Frimmel, Esquire
Florida Bar No. 93970
DFrimmel@wickersmith.com
WICKER SMITH O'HARA McCOY & FORD, P.A.
390 N. Orange Ave., Suite 1000
Orlando, FL 32801
Telephone:   (407) 843-3939
Facsimile:   (407) 649-8118
Attorneys for Defendant

## SERVICE LIST

Robert S. Norell, Esquire
Robert S. Norell, P.A.
300 NW 70th Ave., Suite 305
Plantation, FL 33317
[Counsel for Plaintiff: Felicia Prince]
Via e-mail: rob@floridawagelaw.com